IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CKIE MUMIN ALJATHIYA**                                 **PLAINTIFF**

V.            **CASE NO. 4:17-CV-554-JLH-BD**

**DOC HOLIDAY, et al.**                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Aljathiya has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Claims against Defendant Newman are DISMISSED, without prejudice, and this Defendant is DISMISSED from the lawsuit. Aljathiya may proceed with claims against Defendant Newburn, Holiday, Mecca, Garrison, Mahone, Crawform, and Grayson.

IT IS SO ORDERED this 14th day of December, 2017.

                                                           _J. Leon Holmes_
                                                           UNITED STATES DISTRICT JUDGE