IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CKIE MUMIN ALJATHIYA                                                                   PLAINTIFF

V.                    CASE NO. 4:17-CV-554-JLH-BD

CHARLES DOC HOLLADAY, et al.                                                        DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' motion for summary judgment (#48) is GRANTED and this lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED this 5th day of September, 2018.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE