# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CKIE MUMIN ALJATHIYA**                                                                 **PLAINTIFF**

**V.**                        **CASE NO. 4:17-CV-554-JLH-BD**

**CHARLES DOC HOLLADAY, et al.**                                           **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 5th day of September, 2018.

                                                                                  */s/ J. Leon Holmes*
                                                                  UNITED STATES DISTRICT JUDGE